UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RAMIND CORPORATION, a California Corporation;<br>NANCY NGUYEN;<br>NASIR KHAN;<br>UNITED PALETERIA & NEVERIA, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:17-CV-01275-WBS-AC<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court continues the Scheduling Conference to **January 16, 2018 at 1:30 p.m.** at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required. A Joint Status Report shall be filed no later than **January 2, 2018**.

**IT IS SO ORDERED.**

**Dated:　October 10, 2017**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE